AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT District of RHODE ISLAND

## SUMMONS IN A CIVIL CASE

ANNA KOLODNER V. LAWRENCE BUILDERS, INC., AND STEVEN T. LAWRENCE

CASE NUMBER: 05-515ML

TO: (Name and address of Defendant)

STEVEN T. LAWRENCE
10 FOURTH STREET
NARRAGANSETT, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNNE M. RADICHES, ESQ.
BURNS & LEVINSON LLP
ONE CITIZENS PLAZA, SUITE 1100
PROVIDENCE, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/12/05

Barbara Barletta
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Dec. 12, 2005 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ✓ Steven Lawrence
10 Fourth St. Narragansett RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/12/05
Date

*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.