**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ANNA KOLODNER<br><br>*Plaintiff*<br><br>*v.*<br><br>LAWRENCE BUILDERS, INC.,<br>and STEVEN T. LAWRENCE<br><br>*Defendants* | CIVIL ACTION NO.: 05-515ML |

**AFFIDAVIT**

I, Herb Arnold, on oath, depose and state as follows:

1. That I own and operate Arnold Design Group, d/b/a H.L. Arnold Jr. & Associates located at 15 Sherwood Drive, Westerly, Rhode Island;

2. That this Affidavit is offered in support of Plaintiff's Objection to Defendant's Motion to Stay Proceedings in the above-captioned matter;

3. That Arnold Design Group performed certain architectural services for Anna Kolodner relative to the construction of Ms. Kolodner's new residence at 37 Stanton Avenue, Narragansett, RI;

4. That, based on a review of my business records, said architectural services were substantially completed on or before April 23, 2003;

5. That sometime on or about December 9th or 10th of this year, I received a telephone call from Attorney Mark Russo advising me that I had been named a defendant in a civil lawsuit brought by his client against Monty Gold.

6. That Mr. Russo told me that this case "may mean nothing" to me, and that he wanted to explain the situation to my attorney. Mr. Russo asked for my attorney's telephone number, which I gave him.

7. That, to the best of my knowledge and recollection, during my telephone conversation with Attorney Russo, I was advised by Mr. Russo that both I and Carrigan Engineering had been named so that the matter could be heard in State Court rather than Federal Court.

Herb Arnold

Subscribed and sworn to before me in Westerly, RI
on this 30th day of December, 2005

NOTARY PUBLIC Deborah E. Lima, Notary Public
My Commission Expires: 07/19/09

J:\Docs\27899\00001\00981491.DOC