THE AMERICAN INSTITUTION OF ARCHITECTS

*AIA Document A 101*

# Standard Form of Agreement Between Owner and Contractor

*Where the basis of payment is a*
*STIPULATED SUM*

*1987 EDITION*

*THIS DOCUMENT HAS IMPORTANT LEGAL CONSEQUENCES; CONSULTATION WITH AN ATTORNEY IS ENCOURAGED WITH RESPECT TO ITS COMPLETION OF MODIFICATION.*
*The 1987 Edition of AIA Document A201, General conditions of the contract for construction is adopted in this document by references. do not use with other general conditions unless this document is modified.*
This document has been approved and endorsed by the Associated General Contractors of America.

**AGREEMENT**

made as of the ~~21~~ 18 day of ~~March~~ July in the year of 2004.

| | |
|---|---|
| **BETWEEN** the owner: *(name and address)* | Anna Kolodner<br>26 Colombia Street<br>Brookline, Ma. 02446 |
| and the contractor: *(name and address)* | Lawrence Builders Inc.<br>10 fourth street<br>Narragansett R.I. 02882 |
| The Project is: *(name and location)* | Demolition and construction of new residence Residence<br>Anna Kolodner<br>37 Stanton Ave.<br>Narragansett, RI 02882 |
| The Architect is: *(name and Address)* | Arnold Design Group<br>Westerly, RI |

## ARTICLE 1
## THE CONTRACT DOCUMENTS

The Contract Documents consist of the Agreement, Conditions of the Contract (General, Supplementary and other Conditions). Drawings, Specifications,addenda issued prior to execution of this Agreement, other documents listed in these Agreement and Modification issued after execution of this Agreement, these form the Contract and are as fully a part of the Contract as if attached to this agreement or repeated herin. The contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written of oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 9.

## ARTICLE 2
## THE WORK OF THIS CONTRACT

The Contractor shall execute the entire Work described in the contract Documents, except specifically indicated in the Contract Documents to be the responsibility of others, or as follows:

**General Conditions**

## ARTICLE 3
## DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

**3.1** The date of commencement is the date from which the Contract Time of Paragraph 3.2 is measured, and shall be the date of this Agreement, as first written above, unless a different date is stated below of provision is made for the date to be fixed in a notice to p proceed issues by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

**July 12, 2004**

**3.2** The Contractor shall achieve substantial completion of the entire work not later than **240 days**
*(Insert the calendar date or number of calendar days after the date of commencement. Also insert any requirements for earlier Substantial Completion of certain portions of the Work, if not stated elsewhere in the Contract Documents.)*

subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages related to failure to complete on time.)*

## ARTICLE 4

## CONTRACT SUM

**4.1** The owner shall pay the Contractor I n current funds for the Contractor's performance of the Contract the contract Sum of **Four hundred and fourty thousand five hundred and fifty dollars ($440,550.00** ), subject to additions and deductions as provided in the Contract Documents.

**4.2** the contract sum is based upon the following alternates, if any, which are described in the contract Documents and are hereby accepted by the owner.

*(state the number of other identifications of accepted alternates. If decisions on other alternates are to be made by the owner subsequent to the execution of this Agreement, attach a schedule of all other alternates showing the amount of each and showing the date until which that amount is valid.)*
**A 10 % down payment of $44,000.00 upon commencement of job. A retainer of $4,000.00 upon signing of contract. Retainer will be deducted from down payment.**

**4.3** Unit prices, if any, are as follows;

## ARTICLE 5
## PROGRESS PAYMENTS

**5.1** Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for payments issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as p provided below and elsewhere in the Contract Documents.

**5.2** The period covered by each Application of Payment shall be one calendar month ending on the last day of the month, or as follows.

**Progress payments shall be made every two weeks.**

**5.3** Provided an Application for Payment is received by the Architect no later than the day of a month, the Owner shall pay to the Contractor not later than the day of the month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the owner not later than days after the Architect receives the Application for Payment.

**5.4** Applications for Payment shall be based upon the schedule of values submitted by the Contractor in Accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum amount the various portions of the work and be prepared I such for m and supported by such to substantiate its accuracy as the Architect may require. this schedule, unless objected to by the Architects, shall be used as a bases for reviewing the contractors application for Payment.

**5.5** Applications for payment shall indicate the percentage of completion of each portion of the work as of the end of the period covered by the Application for Payment.

**5.6** Subject to the provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

**5.6.1** Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the total Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of ( 0 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in the dispute may be included as provided in Subparagraph 7.3.7 of the General Conditions even though the Contract Sum has not yet been adjusted by Change Order;

**5.6.2** Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the owner, suitably stored off the site at a location agreed upon in writing), less retainage of ( 0 %);

**5.6.3** Subtract the aggregate of the previous payments made by the Owner, and pay **remainder**

**5.6.4** Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Paragraph 9.5 of the General Conditions. **NONE**

**5.7** the progress payment amount determined in accordance with Paragraph 5.6 shall be further modified under the following circumstances: **NONE**

**5.7.1** Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to ( 0 %) of the Contract Sum, less such amounts as the Architect shall determine for incomplete; Work and unsettled claims; and

**5.7.2** Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Subparagraph 9.10.3 of the General Conditions.

**5.8** Reduction or limitation of retainage, if any, shall be as follows:
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Subparagraphs 5.6.1 and 5.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction of limitation.)*

## ARTICLE 6
## FINAL PAYMENT

Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when (1) the Contract has been fully performed by the Contractor except for the Contractor's responsibility to correct non conforming Work as provided in Subparagraph 12.2.2 of the General Conditions and to satisfy other requirements, if any, which necessarily survive final payment; and (2) a final Certificate for Payment has been issued by the Architect; such final payment shall be made by the Owner not more e than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

**To be made in full. Upon completion of owners punch list.**

## ARTICLE 7
## MISCELLANEOUS PROVISIONS

7.1 Where reference is made in this Agreement to a provision of the General Conditions or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

7.2 Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate if interest agreed upon, if any.)* **Legal rate of interest at 18% to apply if not paid within fourteen days of due date. The contractor has the right to stop work if not paid according to schedule.**

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principle places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

7.3 Other provisions:

## ARTICLE 8
## TERMINATION OR SUSPENSION

8.1 The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of the General Conditions.

8.2 The Work may be suspended by the Owner as provided in Article 14 of the General Conditions.

## ARTICLE 9
## ENUMERATION OF CONTRACT DOCUMENTS

9.1 The Contract Documents, excepted for Modifications issued after execution of this Agreement, are enumerated as follows:

9.1.1 The Agreement is this executed Standard Form of Agreement Between Owner and Contractor. AIA Document A101, 1987 Edition.

9.1.2 The General Conditions are the General Conditions of the Contract for Construction, AIA 201, 1987 Edition.

9.1.3 The Supplementary and other Conditions of the contract are those contained in the Project Manual dated, and are as follows:

| Document | Title | Pages |
|---|---|---|
| General Conditions | | |
| Schedule of Values | | |

9.1.4 The Specifications are those contained I the Project Manual dated as in Subparagraph 9.1.3 and are as follows: *(Either list the specifications here or refer to an exhibit attached to this agreement.)*

**9.1.5** The Drawings are as follows, and are dated **No date attached to plans unless a different date is shown below:**
*(Either list the drawings here or refer to an exhibit attached to this Agreement.)*

**Printe Arnole Design Group**
**Westrely, R.I.**

**9.1.6** The addenda, if any, are as follows: **None**

Portions of addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 9.

**9.1.7** Other Documents, if any, forming part of the contract documents are as follows:

General Conditions
Schedual of Values

This agreement is entered into as of the day and year first written above and is executed in at least three original copies of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainded to the Owner.

OWNER

Anna Kolodner
*(Signature)*

Anna Kolodner, owner
*(Printed name and title)*

CONTRACTOR

*(Signature)*

Steven T. Laurence
*(Printed name and title)*