**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED

MAR 02 2006

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **ANNA KOLODNER,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 05-515/ML** |
| **LAWRENCE BUILDERS, INC.; and STEVEN T. LAWRENCE,** | : | |
| **Defendants** | : | |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, defendants, Lawrence Builders, Inc. and Steven T. Lawrence shall have up to, and including, Friday, March 3, 2006, within which to answer, or otherwise respond to, plaintiff, Anna Kolodner's Complaint in connection with the above-entitled action.

Agreed, consented, and stipulated to:

Plaintiff,
Anna Kolodner,
By her Attorney,

Lynne M. Radiches

Lynne M. Radiches (#5777)
**Burns & Levinson, LLP**
One Citizens Plaza – Suite 1100
Providence, RI 02903
Tel.: (401) 831-8336
Fax: (401) 831-8359

Dated: February 27, 2006

Defendants,
Lawrence Builders, Inc. and Steve T. Lawrence,
By their attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Enter: Mary M. Lisi
US DJ 3/2/06