RECEIVED

MAR 09 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANNA KOLODNER,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 05-515/ML** |
| **LAWRENCE BUILDERS, INC. (Defendant, Plaintiff-in-Counterclaimant & Third-Party Plaintiff); and STEVEN T. LAWRENCE (Defendant & Plaintiff-in-Counterclaim),** | : | |
| **Defendants,** | : | |
| **vs.** | : | |
| **MONTY GOLD,** | : | |
| **Third-Party Defendant** | : | |

**STIPULATION OF ACCEPTANCE OF SERVICE**

BY AGREEMENT OF THE PARTIES HERETO, Lynne M. Radiches, Esq., hereby accepts service of process of Lawrence Builders, Inc.'s Third-Party Complaint in connection with the above-entitled action on behalf of third-party defendant, Monty Gold ("Gold"), and, further, said acceptance of service of process shall constitute good, valid and effective service of process upon said defendants, pursuant to Rule 4 of the Federal Rules of Civil Procedure. Said service of process shall be effective as of this 6th day of March, 2006.

Enter: Mary M. Lisi
USDJ 3/14/06

Agreed, consented, and stipulated to:

Lawrence Builders, Inc.,

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Monty Gold

By his Attorneys,

*Lynne M. Radiches*

Lynne M. Radiches, Esq.
Burns & Levinson, LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903
Tel.: (401) 831-8330
Fax: (401) 831-8359

Dated: March 6, 2006