UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANNA KOLODNER,

Plaintiff

vs.

LAWRENCE BUILDERS, INC. (Plaintiff-in-Counterclaim/Third-Party Plaintiff); and STEVEN T. LAWRENCE (Plaintiff-in-Counterclaim),

Defendants

vs.

MONTY GOLD,

Third-Party Defendant

C.A. No.: 05-515/ML

Notice to Take Deposition

To: **Anna Kolodner**
c/o Lynne M. Radiches, Esq.
Burns & Levinson, LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

Rhode Island Court Reporting
25 Sea View Avenue
East Providence, RI 02915

**PLEASE TAKE NOTICE** that at **3:30 p.m.**, on **Wednesday, April 5, 2006,** at the law offices of Ferrucci Russo, P.C., 55 Pine Street, 4th Floor, Providence, Rhode Island, 02903, defendant/plaintiff-in-counterclaim/third-party plaintiff Lawrence Builders, Inc. and defendant/plaintiff-in-counterclaim Steven T. Lawrence, by and through their counsel,

Christopher M. Mulhearn, Esq., will take the deposition of **plaintiff/defendant-in-counterclaim Anna Kolodner**, by stenographic means before an officer authorized to administer oaths. The deposition will continue from day to day until completed.

Respectfully submitted,

Lawrence Builders, Inc. & Steven T. Lawrence

By its Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served upon the following, via facsimile and via first-class, postage prepaid mail, on this 27th day of March, 2006:

**Lynne M. Radiches, Esq.**
Burns & Levinson, LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

Darlene Morris

cc: Rhode Island Court Reporting