UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANNA KOLODNER

*Plaintiff*

*vs.*

LAWRENCE BUILDERS, INC., (Counterclaimant and Third-Party Plaintiff); and STEVEN T. LAWRENCE

*Defendants*

vs.

MONTY GOLD,

*Third-Party Defendant*

CIVIL ACTION NO.: 05-515/ML

RECEIVED
MAR 27 ...
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

NOW COME the parties in the above-entitled action, and by and through counsel, hereby stipulate and agree that Plaintiff, Anna Kolodner, and Third-Party Defendant, Monty Gold, may have up to and including March 29, 2006, within which to answer or otherwise respond to Defendant, Lawrence Builders, Inc.'s Counterclaim and Third-Party Complaint.

Enter: Mary M. Lisi USDJ 3/28/06

LAWRENCE BUILDERS, INC., and STEVEN T. LAWRENCE
By their Attorneys,

[signature]

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn, Esq. (#5188).
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
(401) 455-1000 Telephone
(401) 831-8359 Facsimile

Date: March 23, 2006

ANNA KOLODNER AND MONTY GOLD
By their Attorneys,

Lynne M. Radiches

Lynne M. Radiches, Esq. (#5777)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
(401) 831-8336 Telephone
(401) 831-8359 Facsimile

Date: March 23, 2006

J:\Docs\27899\00001\01001667.DOC